# UNITED STATES BANKRUTPCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Ronald Both & Tammy Bryant Shorter

Debtor(s)

Case Number 04-14700-W

Chapter Number 7

MOTION FOR PAYMENT
OF UNCLAIMED DIVIDENDS

    NOW APPEARS the movant, Dilks & Knopik, LLC, by and through its Attorney, Tobias G. Ward Jr., Attorney, of Todd & Ward, P.C., and states that on 12-10-06, Bank of America, N.A. (USA) became entitled to receive $762.75 as a distribution in the above-named case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the United States Treasury as unclaimed funds pursuant to 11 U.S.C. Section 347(a).

    The reason the original disbursement was not presented for payment was because:
The original dividend check was mailed to Bank of America, NA (USA) at PO Box 2278, Norfolk, VA 23501-2278. That address is no longer valid. Bank of America, NA (USA) is a subsidiary of Bank of America Corporation, as evidenced by exhibit A.
(specifically state reason and include brief history of creditor/claimant from filing of claim to present).[1]

    The movant represents that it is entitled to receive the requested funds and that no other party is entitled to the funds based upon: (check the statement(s) that apply):[2]

    _____ movant is the creditor/claimant/self-representative of said funds and is the owner of the funds appearing on the records of this Court;

    _____ movant is a representative of the estate of a deceased claimant (owner of the funds), as evidenced in the attached documents, including copies of probate documents establishing a right to act on behalf of the decedent's estate;

    _____ movant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the owner of the funds, as evidenced by attached affidavit; if creditor/claimant is a successor corporation or partnership, the creditor/claimant has attached copies of documents establishing the derivation of entitlement of the funds;

    _____ movant has been assigned the claim, as evidenced in the attached documents;

    __X__ movant is named in the attached notarized Power of Attorney by the owner of the funds, valid under the laws of the State of South Carolina, that empowers movant to collect the unclaimed funds described above on behalf of the owner.

    WHEREFORE, the movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the unclaimed funds described above to the movant.

---

[1] Specific and sufficient details of any transfer of the original claim, change of name or address of original claimant (such as through sale or merger) must be provided or the motion will be denied.

[2] Any attorney representing a movant seeking payment of unclaimed dividends must be admitted to practice before this Court as set forth in SC LBR 9010-1

I, <u>Tobias G. Ward, Jr.</u>, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and state that I represent Dilks & Knopik, LLC, which is the attorney-in-fact for the creditor/debtor in the above-named case and am authorized to request payment of the above dividend and that I have served a copy of this motion and attachments to the United States Attorney for the District of South Carolina on __12/17/07__ _(date)_.

Attorney-in-Fact Information:
Dilks & Knopik, LLC
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027
Ph: (425) 836-5728
Fx: (425) 650-9930
TIN: 74-3049851

Creditor/Claimant Information:

| | |
|---|---|
| Name: | Bank of America Corporation |
| Original Creditor: | Bank of America, N.A. (USA) |
| Current Phone No. | 704-386-6592 |
| Last Four Digits of SSN | 7665 |
| Previous Mailing Address: | PO BOX 2278, NORFOLK VA 23501-2278 |
| Current Mailing Address: | 525 N. Tyron NC1-023-15-01, Charlotte, NC 28255 |

Dated: __Dec. 17, 2007__    Respectfully Submitted: _____

Tobias G. Ward Jr., Esquire
District Court ID # 4520
Todd & Ward, P.C.
PO Box 1549
1709 Devonshire Dr.
Columbia, SC 29202-1549
Ph: (803) 779-4383
Fax: (803) 799-7604

---

[3] If corporate seal is not affixed or available, then appropriate documentation is required which indicates that the person signing the motion is authorized to do so.

# UNITED STATES BANKRUTPCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Ronald Both & Tammy Bryant Shorter

Debtor(s)

Case Number 04-14700-W
Chapter Number 7

AFFIDAVIT IN SUPPORT OF MOTION FOR PAYMENT OF UNCLAIMED DIVIDENDS

     NOW APPEARS the movant, Dilks & Knopik, LLC, by and through its Attorney, Tobias G. Ward Jr., Attorney, of Todd & Ward, P.C., and states that on 12-10-06, Bank of America, N.A. (USA) became entitled to receive $762.75 as a distribution in the above-named case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the United States Treasury as unclaimed funds pursuant to 11 U.S.C. Section 347(a).

     The reason the original disbursement was not presented for payment was because:
The original dividend check was mailed to Bank of America, NA (USA) at PO Box 2278, Norfolk, VA 23501-2278. That address is no longer valid. Bank of America, NA (USA) is a subsidiary of Bank of America Corporation, as evidenced by exhibit A.
(specifically state reason and include brief history of creditor/claimant from filing of claim to present).[1]

     The movant represents that it is entitled to receive the requested funds and that no other party is entitled to the funds based upon: (check the statement(s) that apply):[2]

     _____ movant is the creditor/claimant/self-representative of said funds and is the owner of the funds appearing on the records of this Court;

     _____ movant is a representative of the estate of a deceased claimant (owner of the funds), as evidenced in the attached documents, including copies of probate documents establishing a right to act on behalf of the decedent's estate;

     _____ movant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the owner of the funds, as evidenced by attached affidavit; if creditor/claimant is a successor corporation or partnership, the creditor/claimant has attached copies of documents establishing the derivation of entitlement of the funds;

     _____ movant has been assigned the claim, as evidenced in the attached documents;

     __X__ movant is named in the attached notarized Power of Attorney by the owner of the funds, valid under the laws of the State of South Carolina, that empowers movant to collect the unclaimed funds described above on behalf of the owner.

     WHEREFORE, the movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the unclaimed funds described above to the movant.

---

[1] Specific and sufficient details of any transfer of the original claim, change of name or address of original claimant (such as through sale or merger) must be provided or the motion will be denied.

[2] Any attorney representing a movant seeking payment of unclaimed dividends must be admitted to practice before this Court as set forth in SC LBR 9010-1

I, <u>Brian J. Dilks</u>, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and state that Dilks & Knopik, LLC is the attorney-in-fact for the creditor/debtor in the above-named case and am authorized to request payment of the above dividend.

| | |
|---|---|
| Name: | Bank of America Corporation |
| Original Creditor: | Bank of America, N.A. (USA) |
| Current Phone No. | 704-386-6592 |
| Last Four Digits of SSN | 7665 |
| Previous Mailing Address: | PO BOX 2278, NORFOLK VA 23501-2278 |
| Current Mailing Address: | 525 N. Tyron NC1-023-15-01, Charlotte, NC 28255 |

Dated: 12/6/2007          Respectfully Submitted: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027
TIN: 74-3049851
Ph: (425) 836-5728
Fax: (425) 650-9930
(Corporate Seal Required for Corporation)[3]

I, a notary public for the State of Washington, certify that I have examined the motion for payment of unclaimed dividend and documentation of the movant which establishes identiy, and the above motion was subscribed and sworn to before me in Issaquah, Washington, this ___6___ day of ___December___, 20_07_.

_____
Notary Public
My commission expires: July 29, 2010

---

[3] If corporate seal is not affixed or available, then appropriate documentation is required which indicates that the person signing the motion is authorized to do so.

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford, AVP; Recovery Solutions of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Dilks & Knopik, LLC**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**Bank of America, N.A. (USA) in the amount of $762.75 from the DISTRICT OF SOUTH CAROLINA**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

Signed this 13 day of November, 2007

**Bank of America Corporation**

*Karen Hartford-Polk*
**Karen Hartford-Polk**
**AVP; Recovery Solutions**

Bank of America, N.A. (USA)
C/O Bank of America          Federal Taxpayer ID: 94-1687665

State of North Carolina County of Mecklenburg Date: November 13, 2007

The above-named Karen Hartford-Polk, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

(Notary Seal)

Before me: _[signature]_
Notary Public

My commission expires: 3/28/2009





## LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I,

Jeff Lambert, Vice President of Bank of America N.A. ("Bank of America"), acting on behalf of Bank of America hereby appoint **Karen Hartford Polk**, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this __1__ day of __November__, 2006

Bank of America N.A.
By _____
Jeff Lambert
Vice President

Affix
Corporate Seal

**Bank of America N.A.**                                **Federal Taxpayer ID 94-1687665**

State of <u>North Carolina</u> County of <u>Mecklenburg</u>   __November  1__, 2006

The above-named _____Jeff Lambert_____ known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
Notary Public

(Notary Seal)

My commission expires: __6/25/2011__

USA

## AFFIDAVIT OF CREDITOR'S PREVIOUS ADDRESS

**BE IT ACKNOWLEDGED,** that I Jane Daniel, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Jane Daniel am Vice President of Bank of America Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America Corporation and it's subsidiaries/acquisitions. Bank of America Corporation and it's subsidiaries/acquisitions have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this _13_ day of _August_, 20_03_

_____
**Jane Daniel**
Vice President
Bank of America Corporation
401 North Tryon Street
NC1-021-06-08
Charlotte, NC 28255

---

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

On this _13_ day of _August_, 20_03_ before me Jane Daniel personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_Kelly W. Abernathy_        Affiant: Known ___ or Produced ID _____
Signature

My commission expires: _May 13, 2006_

[Notary Seal: KELLY W. ABERNATHY, NOTARY PUBLIC, GASTON COUNTY, N.C.]

## AFFIDAVIT OF CREDITOR'S
### Access to claimant's corporate seal

**BE IT ACKNOWLEDGED,** that I, Karen Hartford-Polk, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Karen Hartford-Polk, am the Assistant Vice President of Bank of America Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America Corporation and its subsidiaries/acquisitions or affiliates. Bank of America Corporation and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Charlotte, NC office. However, I do not have readily access to the Bank of America Corporation corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this _13_ day of _April_, 20_07_

_[signature]_
Karen Hartford-Polk Assistant Vice President
Bank of America Corporation
NC1-023-15-01
525 North Tryon Street
Charlotte, NC 28255

---

STATE OF __NC__ )

COUNTY OF __Mecklenberg__ )

On this _13_ day of _April_, 20_07_ before me Karen Hartford-Polk personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. **WITNESS** my hand and official seal.

_[signature]_
Signature

Affiant: Known _X_ or Produced ID _____
Type of ID _____

My commission expires: _6/25/2011_



# FORM 10-K

## BANK OF AMERICA CORP /DE/ – BAC

Filed: March 01, 2005 (period: December 31, 2004)

Annual report which provides a comprehensive overview of the company for the past year

Exhibit A

Page 1 of 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K
## FOR ANNUAL AND TRANSITION REPORTS
## PURSUANT TO SECTIONS 13 OR 15(d) OF THE
## SECURITIES EXCHANGE ACT OF 1934

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2004

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission file number 1-6523

# Bank of America Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 56-0906609 |
| (State or Other Jurisdiction of Incorporation or Organization) | (IRS Employer Identification No.) |
| Bank of America Corporate Center<br>100 N. Tryon Street<br>Charlotte, North Carolina | 28255 |
| (Address of Principal Executive Offices) | (Zip Code) |

(704) 386-8486
(Registrant's telephone number, including area code)

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock | New York Stock Exchange |
| | London Stock Exchange |
| | Pacific Stock Exchange |
| | Tokyo Stock Exchange |
| Depositary shares, each representing a one-fifth interest in a share of 6.75% Perpetual Preferred Stock | New York Stock Exchange |
| DJIA$^{SM}$ Return Linked Notes, due 2005 | American Stock Exchange |
| S&P 500® Index Return Linked Notes, due 2007 | American Stock Exchange |
| NASDAQ® 100 EAGLES$^{SM}$, due 2010 | American Stock Exchange |
| S&P 500® EAGLES$^{SM}$, due 2010 | American Stock Exchange |
| Nikkei 225 Return Linked Note, due 2010 | American Stock Exchange |
| Basket of Energy Stock EAGLES$^{SM}$, due 2010 | American Stock Exchange |
| Russell 2000® EAGLES®, due 2009 | American Stock Exchange |
| DJIA® EAGLES®, due 2009 | American Stock Exchange |
| Nasdaq 100® EAGLES®, due 2010 | American Stock Exchange |
| S&P 500® Index CYCLES$^{TM}$, due 2010 | American Stock Exchange |
| S&P 400 MidCap Index CYCLES$^{TM}$, due 2010 | American Stock Exchange |
| Nikkei 225 Return Linked Note, due 2010 | American Stock Exchange |
| 6 $^{1}/_{2}$% Subordinated InterNotes$^{SM}$, due 2032 | New York Stock Exchange |
| 5 $^{1}/_{2}$% Subordinated InterNotes$^{SM}$, due 2033 | New York Stock Exchange |
| 5 $^{7}/_{8}$% Subordinated InterNotes$^{SM}$, due 2033 | New York Stock Exchange |
| 6% Subordinated InterNotes$^{SM}$, due 2034 | New York Stock Exchange |
| 8 $^{1}/_{2}$% Subordinated Notes, due 2007 | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2).  Yes ☒ No ☐

The aggregate market value of the registrant's common stock ("Common Stock") held by non-affiliates is approximately $170,366,355,918 (based on the June 30, 2004 closing price of Common Stock of $42.31 per share). As of February 28, 2005, there were 4,053,638,403 shares of Common Stock outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

| Document of the Registrant |
|---|
| Portions of the 2005 Proxy Statement |

Exhibit A

Page 2 of 5

**Table of Contents**

# PART I

## Item 1. BUSINESS

### General

Bank of America Corporation (the "Corporation") is a Delaware corporation, a bank holding company and a financial holding company under the Gramm–Leach–Bliley Act. The principal executive offices of the Corporation are located in the Bank of America Corporate Center, Charlotte, North Carolina 28255.

### Primary Market Areas

Through its banking subsidiaries (the "Banks") and various nonbanking subsidiaries, the Corporation provides a diversified range of banking and nonbanking financial services and products, primarily throughout the Northeast (Connecticut, Maine, Massachusetts, New Hampshire and Rhode Island), the Mid–Atlantic (Maryland, New Jersey, New York, Pennsylvania, Virginia and the District of Columbia), the Midwest (Illinois, Iowa, Kansas and Missouri), the Southeast (Florida, Georgia, North Carolina, South Carolina and Tennessee), the Southwest (Arizona, Arkansas, New Mexico, Oklahoma and Texas) and the West (California, Idaho, Nevada, Oregon and Washington) regions of the United States and in selected international markets. Management believes that these are desirable regions in which to be located. Based on the most recent available data, personal income in the states in these regions as a whole rose 5.4 percent year-to-year through the third quarter of 2004, compared to growth of 4.6 percent in the rest of the United States. In addition, the population in these states as a whole rose an estimated 1.3 percent between 2003 and 2004, compared to growth of 0.5 percent in the rest of the United States. Through December 2004, the average rate of unemployment in these states was 5.2 percent, ranging from 3.3 percent in New Hampshire and Virginia to 9.0 percent in the District of Columbia, compared to a rate of unemployment of 5.7 percent in the rest of the United States. The number of housing permits authorized in 2004 was nearly 10 percent higher than in 2003 in these states as a whole.

The Corporation has the leading bank deposit market share position in California, Connecticut, Florida, Maryland, Massachusetts, Nevada, New Jersey and Washington. In addition, the Corporation ranks second in terms of bank deposit market share in Arizona, Kansas, Missouri, New Mexico, North Carolina, Rhode Island, South Carolina and Texas; third in Arkansas, District of Columbia, Georgia, Idaho and Maine; fourth in New Hampshire, Oklahoma, Oregon and Virginia; fifth in Tennessee; sixth in New York; seventh in Iowa; thirteenth in Pennsylvania; and fourteenth in Illinois.

### Acquisition and Disposition Activity

As part of its operations, the Corporation regularly evaluates the potential acquisition of, and holds discussions with, various financial institutions and other businesses of a type eligible for financial holding company ownership or control. In addition, the Corporation regularly analyzes the values of, and submits bids for, the acquisition of customer–based funds and other liabilities and assets of such financial institutions and other businesses. The Corporation also regularly considers the potential disposition of certain of its assets, branches, subsidiaries or lines of businesses. As a general rule, the Corporation publicly announces any material acquisitions or dispositions when a definitive agreement has been reached.

On April 1, 2004, the Corporation completed its merger with FleetBoston Financial Corporation ("FleetBoston"). Additional information on the merger with FleetBoston and the Corporation's other acquisition activity is included under Note 2 of the Notes to the Consolidated Financial Statements which is incorporated herein by reference.

### Government Supervision and Regulation

*The following discussion describes elements of an extensive regulatory framework applicable to bank holding companies, financial holding companies and banks and specific information about the Corporation and its subsidiaries. Federal regulation of banks, bank holding companies and financial holding companies is intended primarily for the protection of depositors and the Bank Insurance Fund rather than for the protection of stockholders and creditors.*

1

DIRECT AND INDIRECT SUBSIDIARIES OF BANK OF AMERICA CORPORATION
INDEX OF FR Y-10 REPORTABLE ENTITIES ON ORGANIZATION CHART AS OF 12/31/2004

| Name | Location |
|---|---|
| "M&M Realty, Inc." | St. Louis, MO |
| 100 Federal Street Limited Partnership | Boston, MA |
| 1784 S.A. Sociedad Gerente de Fondos Comunes de Inversion | Buenos Aires, Argentina |
| 200 Madison Avenue Realty Corporation | Charlotte, NC |
| A/M Properties, Inc. | Baltimore, MD |
| Abilene Park, Inc. | Dallas, TX |
| ABN AMRO Merchant Services, LLC | Louisville, KY |
| ACO Limitada | Montevideo, Uruguay |
| AdFleet, Inc. | Glastonbury, CT |
| Aegis Holdings (Offshore) Ltd. | George Town, Grand Cayman, Cayman Is. |
| Aegis Holdings (Onshore) Inc. | New York, NY |
| AF&L, Inc. | Warrington, PA |
| Aguila Corp S.A. | Lima, Peru |
| Airlease Management Services, Inc. | San Francisco, CA |
| Alamo Funding II, Inc. | Dallas, TX |
| Alamo Funding LLC | Dallas, TX |
| Alie Street Investments Limited | London, U.K. |
| Alliance Enterprise Corporation | Richardson, TX |
| Almacenadora Serfin, S.A. de C.V. | Mexico City, Mexico |
| Almacenadora Somex, S.A. de C.V. | Mexico City, Mexico |
| Almazora Holdings S.a.r.l. | Luxembourg, Luxembourg |
| Altier LLC | Dallas, TX |
| Amarillo Lane, Inc. | Dallas, TX |
| AMB Pier One LLC | San Francisco, CA |
| American Financial Service Group, Inc. | Greensboro, NC |
| Apollo Theater Master Tenant LLC | New York, NY |
| Appold Holdings Limited | London, U.K. |
| Appold Property Management Limited | London, U.K. |
| Arena Holdings LLC | Charlotte, NC |
| Argentine Securities Limited | Nassau, Bahamas |
| Ashburn A. Corp. | Baltimore, MD |
| Asian American Merchant Bank Ltd. | Singapore, Singapore |
| Aspen Lane BT | Las Vegas, NV |
| Asset Backed Funding Corporation | Charlotte, NC |
| Asset Management Corp. | Princeton, NJ |
| Aswan Development Associates, LLC | Miami, FL |
| Aswan Village Associates, LLC | Miami, FL |
| Atlanta Affordable Housing Fund Limited Partnership | Charlotte, NC |
| Atlantic Equity Corporation | Chicago, IL |
| Awenda Financing LLC | Dallas, TX |
| B&D Phase III LLC | Baltimore, MD |
| B.A. International (Cayman) Ltd. | George Town, Grand Cayman, Cayman Is. |
| BA 1998 Partners Associates Fund, L.P. | Chicago, IL |
| BA 1998 Partners Fund I, L.P. | Chicago, IL |
| BA 1998 Partners Fund II, L.P. | Chicago, IL |
| BA 1998 Partners Fund LDC | Chicago, IL |
| BA 1998 Partners Master Fund I, L.P. | Chicago, IL |
| BA 1998 Partners Master Fund II, L.P. | Chicago, IL |
| BA Agency, Inc. | Albuquerque, NM |
| BA Australia Limited | Sydney, New South Wales, Australia |

1

| | |
|---|---|
| BancBoston Transport Leasing Inc. | Boston, MA |
| BancBoston Ventures Inc. | Boston, MA |
| Banco Santander Mexicano, S.A. | Mexico City, Mexico |
| Bank IV Affordable Housing Corporation | Charlotte, NC |
| Bank of America—Brasil S.A. (Banco de Investimento) | Sao Paulo, Brazil |
| Bank of America (Asia) Limited | Hong Kong, PRC |
| Bank of America (Hawaii) Insurance Agency, Inc. | Honolulu, HI |
| Bank of America (Jersey) Limited | St. Helier, Jersey, Channel Islands |
| Bank of America (Macau) Limited | Macau |
| Bank of America ACH Association | San Francisco, CA |
| Bank of America Brasil Holdings Ltda. | Sao Paulo, Brazil |
| Bank of America California, National Association | San Francisco, CA |
| Bank of America Canada | Toronto, Ontario, Canada |
| Bank of America Canada Specialty Group Ltd. | Mississauga, Ontario, Canada |
| Bank of America Capital Advisors LLC | Chicago, IL |
| Bank of America Capital Corporation | Chicago, IL |
| Bank of America Corporation | Charlotte, NC |
| Bank of America Foundation, Inc., The | Atlanta, GA |
| Bank of America Fund | George Town, Grand Cayman, Cayman Is. |
| Bank of America Georgia, National Association | Atlanta, GA |
| Bank of America Malaysia Berhad | Kuala Lumpur, Malaysia |
| Bank of America Mexico, S.A., Institucion de Banca Multiple, Grupo Financiero Bank of America | Mexico City, Mexico |
| Bank of America Mortgage Securities, Inc. | Charlotte, NC |
| Bank of America Oregon, National Association | Portland, OR |
| Bank of America Overseas Corporation | Charlotte, NC |
| Bank of America Reinsurance Corporation | Burlington, VT |
| Bank of America Securitization Investment Trust LLC | Wilmington, DE |
| Bank of America Singapore Limited | Singapore, Singapore |
| Bank of America Trust and Banking Corporation (Bahamas) Limited | Nassau, Bahamas |
| Bank of America Trust and Banking Corporation (Cayman) Limited | George Town, Grand Cayman, Cayman Is. |
| Bank of America Trust Company of Delaware, National Association | Greenville, DE |
| Bank of America Ventures | Foster City, CA |
| Bank of America, National Association | Charlotte, NC |
| Bank of America, National Association (USA) | Phoenix, AZ |
| BankAmerica Acceptance Corp. | San Diego, CA |
| BankAmerica Capital I | Charlotte, NC |
| BankAmerica Capital II | Charlotte, NC |
| BankAmerica Capital III | Charlotte, NC |
| BankAmerica Capital IV | Charlotte, NC |
| BankAmerica Institutional Capital A | San Francisco, CA |
| BankAmerica Institutional Capital B | San Francisco, CA |
| BankAmerica International Financial Corporation | San Francisco, CA |
| BankAmerica International Investment Corporation | Chicago, IL |
| BankAmerica Investment Corporation | Chicago, IL |
| BankAmerica Nominees (1993) Pte Ltd. | Singapore, Singapore |
| BankAmerica Nominees (Hong Kong) Ltd. | Hong Kong, PRC |
| BankAmerica Nominees (Singapore) Pte. Ltd. | Singapore, Singapore |
| BankAmerica Nominees Limited (London) | London, U.K. |
| BankAmerica Realty Finance, Inc. | Los Angeles, CA |
| BankAmerica Realty Services, Inc. | San Francisco, CA |
| Bankamerica Representacao e Servicos Ltda. | Sao Paulo, Brazil |
| BankAmerica Special Assets Corporation | San Francisco, CA |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ronald Both and ) | BK # 04-14700 |
| Tammy Bryant Shorter ) | Chapter 7 |
| Debtors ) | |
| ) | |

**CERTIFICATE OF SERVICE BY MAIL**

**PERSONALLY APPEARED** before me, Tobias G. Ward, Jr., who being duly sworn, deposes and says that:

1. He is an attorney for Dilks & Knopik, LLC in the matter of this Motion;

2. A copy of the Motion for Payment of Unclaimed Funds, Affidavit in Support of Motion for Payment of Unclaimed Dividends, and Proposed Order to Pay Unclaimed Funds was mailed by United States Mail, post prepaid, on December 17, 2007, to the parties entitled to notice as follows:

The United Stated Attorney's Office for the District of South Carolina
1441 Main Street, Suite 500
Columbia, South Carolina 29201

**FURTHER, DEPONENT SAYETH NOT.**

Tobias G. Ward, Jr., Esquire
FED ID #4520

SWORN to before me this
____ day of _____, 2007

_____
Notary Public for South Carolina
My Commission Expires: _____